

## NUMBER 13-17-00265-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

**BERTA GARZA,** **Appellant,**

**v.**

**THE ESTATE OF ERNESTINA OLIVAREZ,** **Appellee.**

### On Appellant's First Amended Motion for Rehearing and Motion to Extend Time to File Appellant's Brief.

# ORDER

**Before Chief Justice Valdez and Justices Contreras and Hinojosa
Order Per Curiam**

On December 7, 2017, this Court issued a memorandum opinion dismissing the above-styled appeal for want of prosecution. *Garza v. Estate of Olivarez*, No. 13-17-00265-CV, 2017 WL 6047653, at *1 (Tex. App.—Corpus Christi Dec. 7, 2017, no pet. h.) (mem. op.). We noted that the appellant's brief was due on October 18, 2017; that the Clerk of this Court had notified appellant's counsel that the brief had not been timely filed

and was subject to dismissal unless appellant reasonably explained the failure to timely file the brief and appellee was not significantly injured by such failure; and that no response had then been received from appellant. *Id.*

Appellant has now filed a motion for rehearing, a first amended motion for rehearing, and a motion to extend time to file appellant's brief. Appellant's counsel states in the motion to extend time that he is a sole practitioner who is in the process of terminating his litigation practice and, due to oversight, did not see the notice from the Clerk of this Court. Appellant asks that the time for filing the brief be extended to January 18, 2018. Appellee is opposed to the motion for rehearing and has filed a response thereto.

The Court, having fully examined and considered appellant's motions and appellee's response, is of the opinion that, in the interest of justice, appellant's motions should be granted. The Court, however, looks with disfavor upon the delay caused by counsel's failure to have timely filed a brief in this matter.

Appellant's first amended motion for rehearing is hereby GRANTED. Through this order, we withdraw the opinion and judgment previously issued in this cause and order that this appeal is active on the Court's docket.

Appellant's motion to extend time to file appellant's brief is also GRANTED, and the Hon. Alex Moreno Jr., counsel for appellant, is hereby ORDERED to file the appellate brief with this Court on or before January 18, 2018. No further extensions will be granted to appellant in this matter.

The Clerk of this Court is ORDERED to serve a copy of this order on the Hon. Alex

Moreno Jr. by certified mail, return receipt requested.

PER CURIAM

Delivered and filed the
12th day of January, 2018.